### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHANEKA SANDERS, )<br>)<br>Plaintiff, )<br>)<br>v.                                           )<br>)<br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. CIV-22-24-AMG |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda Maxfield Green [Doc. No. 5] on Plaintiff's Application to Proceed in District Court Without Paying Fees or Courts [Doc. No. 2].  Upon review, Magistrate Judge Green finds that Plaintiff has sufficient funds to pay the $402.00 filing fee, provided she does so in monthly payments and, therefore, recommends the Application be granted in part and denied in part.   No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation.   Plaintiff is directed to make an initial payment of $102.00 to the Clerk of Court on or before February 17, 2022. Thereafter, Plaintiff shall pay $100.00 on or before the first day of each month, until the entire $402.00 filing fee has been paid. Plaintiff is advised that failure to pay the filing fee in full, as directed, may result in the dismissal of this action.

IT IS SO ORDERED this 3rd day of February, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE