IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHANEKA SANDERS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  Case No. CIV-22-24-AMG ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation on April 11, 2022, recommending the court dismiss this action without prejudice to refiling because plaintiff Chaneka Sanders failed to pay the initial partial filing fee. Magistrate Judge Green advised plaintiff of the right to file an objection to the Report and Recommendation on or before April 25, 2022 and specifically advised plaintiff that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 11) issued by United States Magistrate Judge Amanda Maxfield Green on April 11, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., and LCvR 3.4(a),

for failure of plaintiff Chaneka Sanders to pay the initial partial filing fee. A separate judgment shall issue.

      IT IS SO ORDERED this 28th day of April, 2022.

                                                      STEPHEN P. FRIOT
                                                      UNITED STATES DISTRICT JUDGE

M-22-24-AMG.docx